MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
mdouglas@awslawyers.com
*Attorneys for Quality Medical Imaging of Nevada, LLC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMARI NAEEM BEY, an individual, | CASE NO.: 2:19-CV-00221-JCM-VCF |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA *ex. rei.* NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; CORRECTIONAL OFFICER FRANCO, individually; QUALITY MEDICAL IMAGING OF NEVADA, LLC, a Nevada LimitedLiability Company; ALEX "DOE", individually; "DOE" X-RAY TECHNICIAN, individually; DOE INDIVIDUALS 1 through I 0 and ROE CORPORATIONS 11 through 20, inclusive; | |
| Defendants. | |

**STIPULATION AND ORDER TO STAY DISCOVERY & DISCOVERY SCHEUDLING**

**ORDER PENDING RESOLUTION OF PENDING MOTIONS TO QUASH**

IT IS HEREBY STIPULATED by and between Mitchell Bisson, Esq of the CALLISTER

LAW GROUP, attorneys for the Plaintiff OMARI NAEEM BEY; Matthew J. Douglas, Esq. of

the law offices of ATKIN WINNER & SHERROD, attorneys for Defendant QUALITY

MEDICAL IMAGING OF NEVADA, LLC; and Katlyn M. Brady, Esq. of the STATE

OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, attorneys for Defendants STATE OF NEVADA *ex. rei.* NEVADA DEPARTMENT OF CORRECTIONS, DIRECTOR GREG COX and WARDEN DWIGHT NEVEN that Discovery and a Discovery Scheduling Order in the above-entitled matter be stayed pending this Court's ruling on the pending Motions to Quash service and/or Dismiss, Document No. 23 & Document No. 25, herein, to avoid unnecessary litigation work and costs.

DATED: _ July_17__, 2019

ATKIN WINNER & SHERROD

*/S/ Matthew J. Douglas*
Matthew J. Douglas, Esq.
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendants QUALITY MEDICAL IMAGING OF NEVADA, LLC

DATED: __July 17___, 2019

STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL

*/S/ Katlyn M. Brady*
Katlyn M. Brady, Esq
Nevada Bar No. 14173
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Attorneys for Defendants STATE OF NEVADA *ex. rei.* NEVADA DEPARTMENT OF CORRECTIONS, DIRECTOR GREG COX and WARDEN DWIGHT NEVEN

DATED: __July 17___, 2019

CALLISTER LAW GROUP

*/S/ Mitchell Bisson*
Mitchell Bisson, Esq
Nevada Bar No. 11920
330 E. Charleston Blvd., Ste. 100
Las Vegas, Nevada 89104
Attorneys for Plaintiff

/ / /

/ / /

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Discovery and Discovery Scheduling Order in the above-entitled action is stayed pending this court's ruling on the pending Motions to Quash service and/or Dismiss, Document No. 23 & Document No. 25, herein .

DATED this 25th day of July, 2019

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, January 24, 2020, in Courtroom 3D.

_____
United States Magistrate Judge

ATKIN WINNER & SHERROD

*/S/ Matthew J. Douglas*_____
Matthew J. Douglas, Esq.
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendants QUALITY MEDICAL IMAGING OF NEVADA, LLC