MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7051
mdouglas@winnerfirm.com
*Attorneys for Quality Medical Imaging of Nevada, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMARI NAEEM BEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA *ex. rei.* NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; CORRECTIONAL OFFICER FRANCO, individually; QUALITY MEDICAL IMAGING OF NEVADA, LLC, a Nevada LimitedLiability Company; ALEX "DOE", individually; "DOE" X-RAY TECHNICIAN, individually; DOE INDIVIDUALS 1 through 10 and ROE CORPORATIONS 11 through 20, inclusive;<br><br>Defendants. | CASE NO.: 2:19-CV-00221-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS QUALITY MEDICAL IMAGING OF NEVADA, LLC *ONLY* WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, OMARI NAEEM BEY, pro per, and Matthew J. Douglas, attorney for Defendant, QUALITY MEDICAL IMAGING OF NEVADA, LLC, that the Plaintiff's Complaint be dismissed as to QUALITY MEDICAL IMAGING OF NEVADA, LLC *ONLY* with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 3rd day of ~~November~~ DECEMBER, 2019.

WINNER & SHERROD

**Matthew J. Douglas**
Digitally signed by Matthew J. Douglas
DN: cn=Matthew J. Douglas, o, ou,
email=mdouglas@awslawyers.com, c=US
Date: 2019.12.03 09:50:50 -08'00'

Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorney for Quality Medical Imaging*

OMARI NAEEM BEY

Omari Naeem Bey, pro per

CALLISTER LAW GROUP

**Mitchell Bisson**
Digitally signed by Mitchell Bisson
DN: cn=Mitchell Bisson, o, ou,
email=mbissonb@callcallister.com, c=US
Date: 2019.12.03 09:52:29 -08'00'

Matthew Q. Callister
Nevada Br No. 1396
Mitchell Bisson
Nevada Bar No. 011920
330 E. Charleston Blvd., #100
Las Vegas, Nevada 89101
*(former attorney of Plaintiff)*

STATE NEVADA, OFFICE OF
THE ATTORNEY GENERAL

**Katlyn Brady**
Digitally signed by Katlyn Brady
DN: cn=Katlyn Brady, o, ou,
email=KatlynBrady@ag.nv.gov, c=US
Date: 2019.12.03 09:53:49 -08'00'

Katlyn M. Brady
Nevada Bar No. 14173
Deputy Attorney General
State of Nevada
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants
James "Greg" Cox, Dwight Neven,
and The State of Nevada ex rel. Nevada
Department of Corrections*

1204670.docx

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED December 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

WINNER & SHERROD, LTD.

Matthew J. Douglas
*Digitally signed by Matthew J. Douglas*
*DN: cn=Matthew J. Douglas, o, ou,*
*email=mdouglas@awslawyers.com,*
*c=US*
*Date: 2019.12.03 09:54:15 -08'00'*

Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant, Quality Medical Imaging Of Nevada, LLC

Case No.: 2:19-CV-00221-JCM-VCF