**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

OMARI NAEEM BEY,

        Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

        Defendants.

2:19-cv-00221-JCM-VCF

**REPORT AND RECOMMENDATION**

Before the court is *Omari Naeem Bey v. State of Nevada, et al.*, case number 2:19-cv-00221-JCM-VCF.

On December 18, 2019, the court held a hearing on the motion to withdraw as attorney of record for Omari Naeem Bey. (ECF No. 49). At the hearing, Plaintiff's counsel, Mitchell Bisson, stated that all claims against defendants that have made an appearance in this matter have been dismissed. Defendants State of Nevada, ex rel Nevada Department of Corrections, Greg Cox, Quality Medical Imaging of Nevada, LLC, and Dwight Neven have all been terminated from this matter.

The last remaining defendant, Defendant Franco, has never been served. (ECF No. 19). Franco has never appeared.

Based on the foregoing, IT IS THE RECOMMENDATION of the undersigned United States Magistrate Judge that claims against Defendant Franco this case be dismissed, and the case be closed.

DATED this 18th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE