UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OMARI NAEEM BEY,<br><br>Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendant(s). | Case No. 2:19-CV-221 JCM (VCF)<br><br>ORDER |

Presently before the court is Magistrate Judge Ferenbach's report and recommendation ("R&R"). (ECF No. 50).

Judge Ferenbach indicates that, at a hearing on December 18, 2019, plaintiff's counsel, Mitchell Bisson, stated that all claims against defendants that have made an appearance in this matter have been dismissed. the court held a hearing on the motion to withdraw as attorney of record for Omari Naeem Bey. (ECF No. 49). Only defendant Franco remains in this case, but he has never been served and has not appeared in this action. (ECF No. 19). Thus, Judge Ferenbach recommends that this case be dismissed, and the case be closed. (ECF No. 50).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a

**James C. Mahan**
**U.S. District Judge**

magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Ferenbach's R&R (ECF No. 50) be, and the same hereby is, ADOPTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED.

The clerk is instructed to enter judgment and close the case accordingly.

DATED January 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -